# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HSBC BANK USA,

           Plaintiff,

vs.

GARY DIAZ,

           Defendant.

Case No. 2:12-cv-00684-MMD-PAL

**ORDER**

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #2) entered April 25, 2012, regarding removal of this case to federal district court. On May 17, 2012, Defendant filed a signed Statement (Dkt. #4) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., June 25, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 11th day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge